# Order

Michigan Supreme Court
Lansing, Michigan

March 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

155349

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

RANDY ALLAN HIATT,
            Defendant-Appellant.

SC: 155349
COA: 335702
Antrim CC: 16-004775-FC

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2017



Clerk

d0321